# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BARRY TISBY, JR.,**

    **Plaintiff,**

    v.                                                       Case No. 14-CV-1398

**SGT. SCHROEDER, CPL. REID,
and LT. RAWSON,**

    **Defendants.**

## DECISION AND ORDER

On January 6, 2015, I screened the complaint and determined that plaintiff's allegations implicated his rights under the First Amendment. However, the complaint did not include allegations against defendants and, therefore, I was unable to evaluate whether plaintiff stated a claim against any or all defendants. I directed plaintiff to file an amended complaint curing the deficiencies in the original complaint by February 6, 2015, or his action might be dismissed. To date, plaintiff has not filed an amended complaint.

**IT IS ORDERED** that this action be dismissed without prejudice for lack of prosecution effective April 20, 2015, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date plaintiff files an amended complaint or establishes just cause for his failure to file an amended complaint.

Dated at Milwaukee, Wisconsin, this 1st day of April, 2015.

                                                      s/ Lynn Adelman
                                                    _____
                                                    LYNN ADELMAN
                                                    District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.