# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**BARRY TISBY, JR.,**

 **Plaintiff,**

 v.             Case No. 14-CV-1398

**SGT. SCHROEDER, CPL. REID,**
**and LT. RAWSON,**

 **Defendants.**

---

## DECISION AND ORDER

On April 1, 2015, I issued an order stating that this action would be dismissed without prejudice unless plaintiff filed a second amended complaint, or established just cause for his failure to file a second amended complaint, by April 20, 2015. See Civil L.R. 41(c) (E.D. Wis.); Fed. R. Civ. P. 41(b). Plaintiff has not filed anything in this case since the April 1, 2015, order.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2015.

               s/ Lynn Adelman
               _____
               LYNN ADELMAN
               District Judge